Raymond E. Hane III (SBN 149960)
rhane@wallerlaw.com
Ashley M. Heggi (SBN 253094)
Ashley.Heggi@wallerlaw.com
WALLER LANSDEN DORTCH & DAVIS, LLP
333 S. Grand Avenue, Suite 1800
Los Angeles, California 90071
Telephone: (213) 362-3680
Facsimile: (213) 362-3679

Attorneys for Defendant RAYTHEON COMPANY

FILED
2009 MAY -1  PM 4:26
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RONALD CARMICHAEL,<br><br>Plaintiff,<br><br>vs.<br><br>RAYTHEON COMPANY and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. CV09-3089 GAF (Ex)<br><br>**DEFENDANT RAYTHEON COMPANY'S DISCLOSURE STATEMENT**<br><br>State Complaint Filed: March 23, 2009 |

Waller Lansden
Dortch & Davis, LLP

7108919.1

DEFENDANT'S DISCLOSURE STATEMENT

1  Raytheon Company ("Raytheon") does not have a parent company, and no
2  publicly held corporation owns 10% or more of its stock. Raytheon is a Delaware
3  corporation with its principal place of business in Lexington, Massachusetts.

Dated: May 1, 2009

WALLER LANSDEN DORTCH & DAVIS, LLP

By: _____
Raymond E. Hane III
Ashley M. Heggi
Attorneys for Defendant
RAYTHEON COMPANY

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         )  ss.:
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 333 S. Grand Avenue, Suite 1800, Los Angeles, California 90071.

On May 1, 2009, I served on the interested parties in said action the within:

DEFENDANT RAYTHEON COMPANY'S DISCLOSURE STATEMENT

by placing a true copy thereof in a sealed envelope(s) addressed as stated below. and causing such envelope(s) to be deposited in the U.S. Mail at Los Angeles, California.

Gregory W. Smith
Jeffrey A. Lipow
Sean P. Feeney
SMITH & LIPOW
9952 Santa Monica Boulevard, 1st Floor
Beverly Hills, California 90212
Tel: 310-282-0507
Facsimile: 310-286-1171

[X] (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on May 1, 2009, at Los Angeles, California.

_____Bernadette C. Antle_____     _____
       (Type or print name)                  (Signature)