JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CARMICHAEL,<br><br>    Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY and DOES 1 through 50, inclusive,<br><br>    Defendant. | Case No. 09CV-3089 GAF (Ex)<br><br>**[PROPOSED]** JUDGMENT AFTER JURY TRIAL<br><br>State Complaint Filed: 3/23/09<br>Trial Date: 11/9/10 |

This action came on regularly for jury trial on November 9, 2010, in Courtroom 740 of the above entitled court, the Honorable Gary A. Feess presiding. Jeffrey A. Lipow and Sean Feeney of Lipow & Harris appeared as attorneys for Plaintiff Ronald Carmichael, and Raymond E. Hane III and Ashley M. Heggi of Burke, Williams & Sorensen, LLP appeared for Defendant Raytheon Company.

A jury was impaneled and sworn to assess Plaintiff's remaining claims of disability discrimination and failure to accommodate / failure to engage in the interactive process pursuant to California's Fair Employment and Housing Act. Witnesses on the part of both Plaintiff and Defendant were sworn and examined. Both oral and documentary evidence was introduced on behalf of the respective parties and the evidence having been duly taken and heard the cause was argued by

counsel for the respective parties.

After being instructed by the court as to the law of the case, the jury retired, subsequently returned to court, and being called, answered to their names and duly rendered their verdict in writing, in words and figures as indicated in the jury's Special Verdict (Redacted) filed November 12, 2010 and attached hereto as Exhibit 1.

**IT IS ADJUDGED** that:

1. Plaintiff Ronald Carmichael shall take nothing by reason of his Complaint, and that judgment in this action shall be and is hereby ENTERED in favor of Defendant Raytheon Company.

DATED: November 23, 2010   _____
HONORABLE GARY A. FEESS
Judge of the United States District Court